Alexandra Muzyka, Appellant, v. Basil Muzyka, et al., and Polish National Alliance of United States of North America, a Corporation, Appellees.

**Gen. No. 47,432.**

First District, First Division.

November 3, 1958.

Released for publication November 25, 1958.

George X. Abbamonto, for plaintiff-appellant; Black and Beermann, and Joseph P. Burke, for counter-claimant, appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**